UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**J & L MARKETING, INC.,**
       **Plaintiff**

              **Civil Action Number**
**v.**               **3:01CV493-J**

**FELIPE PORTOCARRERO and**
**THE BROADCAST TEAM, INC.,**
       **Defendants**

## MEMORANDUM

During the course of this litigation, the Court signed a Stipulated Protective Order (docket number 11). In May of 2002, the Court entered an Agreed Order dismissing as settled all claims herein. The matter is now presented on motion of defendant The Broadcast Team for use in separate Florida litigation of materials covered by the Stipulated Protective Order.

Hartford Insurance Company of the Southeast was not party to this action or to the Stipulated Protective Order, but it is party to the Florida action. J&L Marketing, Inc., plaintiff here, has noted that it has no objection to The Broadcast Team's proposed use of materials so long as Hartford Insurance agrees to be bound by the provisions of the Stipulated Protective Order in handling the material. However, J&L Marketing objects to being required to produce any additional material absent a validly issued subpoena.

The Broadcast Team does not wish to subject J&L Marketing, Inc. to third party discovery proceedings. The Court is concerned, however, that attempts to avoid such additional complexities, though laudable, could enmesh both this Court and the Florida court in

1

proceedings to determine what materials were previously produced in this action.  If J&L Marketing is willing voluntarily to produce materials (conditioned on reasonable reimbursement of expenses of production and coverage under the Stipulated Protective Order), the Court has no objection; however, the Court declines to order such production.

      An order in conformity has this day entered.